**KANTOR & KANTOR, LLP**
Alan E. Kassan, SBN 113864
akassan@kantorlaw.net
Peter S. Sessions, SBN 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324
TEL: (818) 886-2525
FAX: (818) 350-6272

**Attorneys for Plaintiff Shelley Proof**

**Joseph E. Lambert, PC**
Joseph E. Lambert, AZ Bar No. 013923
josephlambert@cox.net
Admitted Pro Hac Vice
Mesa Commerce Center
1930 South Alma School Road
Suite A-115
Mesa, AZ 85210
TEL: 480.755.0772
FAX: 480.755.0034

**Attorneys for Defendant Intel Corporation Long Term Disability Plan**

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
nsheehan@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**Attorneys for Defendants**

**UNITED STATES DISTRICT COURT**

{00773670.DOC}  1

**[PROPOSED] ORDER REGARDING THE STIPULATED REQUEST TO
MODIFY THE PRE-TRIAL SCHEDULING ORDER**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLEY PROOF, | CASE NO.  2:09-CV-02237-GEB-DAD |
| Plaintiff, | **ORDER REGARDING THE STIPULATED REQUEST TO MODIFY THE PRE-TRIAL SCHEDULING ORDER** |
| vs. | |
| INTEL CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| _____// | |

The Status (Pre-Trial Scheduling) Order is modified as follows:

The Last Date for Hearing Motions:     **May 17, 2010.**

**IT IS SO ORDERED.**

Dated: 3/31/10

GARLAND E. BURRELL, JR.
United States District Judge