UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHELLEY PROOF,                                    CASE NO. 2:09-CV-02237-GEB-DAD

      Plaintiff,

**ORDER**

vs.

INTEL CORPORATION LONG TERM DISABILITY PLAN,

      Defendant.
_____/

      Upon joint motion of the parties and good cause appearing therefor:

      IT IS ORDERED that the Final Pretrial Conference presently scheduled for July 12, 2010 at 3:30 pm, is vacated.

Dated:  June 29, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge